Victor A. Russo, Esq. (State Bar #116172)
russo@hmnlaw.com
Kristoffer S. Mayfield, Esq. (State Bar #241093)
mayfield@hmnlaw.com
HILDEBRAND MCLEOD & NELSON LLP
700 North Brand Boulevard, Suite 860
Glendale, CA  91203
TEL:  (323) 662-6400
FAX: (323) 669-8549
Attorneys for Plaintiff
SHAWN A. GRAY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| SHAWN A. GRAY,<br><br>          Plaintiff,<br><br>   vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>          Defendants. | CASE NO. EDCV 5:14-01107-JGB (DTBx)<br>Consolidated with 5:15-cv-01047-JGB (DTBx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Final Pre-Trial Conference:  10/03/16<br>TRIAL:                10/24/16<br>Dispositive Motion Hearing: 08/29/16 |

TO THE COURT:

In accordance with the Local Rule 16-15.74 and the instruction of the court, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.


DATED:   August 18, 2016         HILDEBRAND, MCLEOD & NELSON, LLP


/S/

By: _____
     ANTHONY S. PETRU
     VICTOR A. RUSSO
     KRISTOFFER S. MAYFIELD
     Attorneys for Plaintiff

PROOF OF SERVICE

*Shawn A. Gray v. Union Pacific Railroad Company*
*Case No.  EDCV 5:14-01107-JGB (DTBx)*

I, ANNA R. DACEWICZ, certify that on August 18, 2016, I served the attached:

**NOTICE OF SETTLEMENT**

in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Ryan K. Marden, Esq.
> Hawkins Parnell Thackston & Young LLP
> 445 South Figueroa Street, Suite 3200
> Los Angeles, CA  90071-1651
> TEL:  (213) 486-8000
> FAX:  (213) 486-8080
> rmarden@phtylaw.com
> Attorneys for Defendant, UNION PACIFIC RAILROAD COMPANY

___x___      BY MAIL:   I certify that I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Glendale, California, following ordinary business practices.  I am readily familiar with the practice of Hildebrand, McLeod & Nelson, LLP. for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

___x___      BY ELECTRONIC MAIL: I hereby certify that I caused the above document(s) to be sent electronically to the following email addresses: Ryan K. Marden, Esq. at rmarden@phtylaw.com

_____BY EXPRESS MAIL:  I certify that I deposited such envelope(s) or package(s) in a facility regularly maintained by the U.S. Postal Service for receipt of Express Mail, as specified in C.C.P. §1013(c), with Express Mail postage prepaid.

_____      BY PERSONAL SERVICE:  I certify that I caused such envelope(s)

2
NOTICE OF SETTLEMENT

1  containing a true copy thereof to be hand delivered to the parties listed.

2  _____  BY OVERNIGHT DELIVERY:  I certify that I caused such
3  envelope(s) or package(s) designated by Federal Express with delivery fees paid or
   provided and;
4

5  ____  deposited such envelope(s) or package(s) in a facility regularly
   maintained by the Federal Express courier;
6

7  ____  delivered such envelope(s) or packages to an authorized courier or
   driver authorized by Federal Express carrier to receive documents.
8

9  ____  FACSIMILE:  I certify that by use of facsimile machine telephone number
10  510-465-7023, I served a true copy of the above-entitled document(s), on the
    parties in said action by transmitting by facsimile machine to the numbers as set
11  forth above, with a copy of the original to follow.  I caused the machine to print a
    record of the fax transmission, a copy of which is attached to this Declaration.
12

13  Executed this 18th day of August, 2016, at Glendale, California.

14  Pursuant to FRCP 5(b), I certify that I am an employee of Hildebrand,
15  McLeod & Nelson, LLP, who are members of the bar of this court and at whose
    direction this service was made.
16

17  /S/

18  _____
    ANNA R. DACEWICZ

19

20

21
    H:\Hmnfiles\Attorneys\all HMN CASES\GRAY, Shawn.2844\W.B & W.T combined\PLEADINGS\NTC.SETTLEMENT.01.docx
22

23

24

25

26

27

28